PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00016-SAB |
| Plaintiff, | [Citation #E1762507 CA/51] |
| v. | |
| ADAM L. AVERY, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-

00016-SAB [Citation #E1762507 CA/51] against ADAM L. AVERY, without prejudice, in the interest

of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 13, 2023              Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                              By:     /s/ *Chan Hee Chu*
                                      CHAN HEE CHU
                                      Special Assistant United States Attorney

1

1

2                                          **O R D E R**

3

4          IT IS HEREBY ORDERED that Case No. 1:23-po-00016-SAB [Citation #E1762507 CA/51]

5    against ADAM L. AVERY be dismissed, without prejudice, in the interest of justice.

6

7    IT IS SO ORDERED.

8    Dated:    **February 13, 2023**
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2